# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 22, 2013

## NO. 03-12-00316-CR

**Ismael Rodriguez, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 33RD DISTRICT COURT OF BURNET COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
## DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE GOODWIN

**THIS CAUSE** came on to be heard on the written motion of the appellant to dismiss the appeal and the same being considered, it is the opinion of this Court that the same should be granted: it is **ORDERED, ADJUDGED** and **DECREED** by the Court that the appellant be allowed to withdraw his notice of appeal and that the appeal be dismissed; and it appearing that the appellant is indigent and unable to pay costs relating to this appeal, that no adjudication as to costs is made; and that this decision be certified below for observance.